Timothy W. FARMER, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3421.

United States Court of Appeals,
Federal Circuit.

March 8, 2005.

*ORDER*

Upon consideration of the unopposed motion of Timothy W. Farmer to voluntarily dismiss his petition for review (MSPB CH0351030193–I–1),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Harry JAMES, Jr., Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3334.

United States Court of Appeals,
Federal Circuit.

DECIDED: March 8, 2005.

*ORDER*

Upon consideration of the unopposed motion of Harry James, Jr. to voluntarily dismiss his petition for review (MSPB DA0351020007–I–2),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.